No. 199. BROWN *v.* RAGEN, WARDEN;
No. 249. BUCKHALTER *v.* RAGEN, WARDEN;
No. 250. TURNER *v.* RAGEN, WARDEN;
No. 258. WOOD *v.* RAGEN, WARDEN;
No. 327. PARKER *v.* RAGEN, WARDEN;
No. 366. FIFE *v.* RAGEN, WARDEN; and
No. 375. SCHROERS *v.* NIERSTHEIMER, WARDEN. On petitions for writs of certiorari to the Supreme Court of Illinois. October 9, 1944. The petitions for writs of certiorari are denied for the reason that application therefor was not made within the time provided by law. § 8 (a), Act of February 13, 1925 (43 Stat. 936, 940), 28 U. S. C., § 350.

No. 242. CAVALLUCCI *v.* PENNSYLVANIA. October 9, 1944. Petition for writ of certiorari to the Supreme Court of Pennsylvania denied. The motion for leave to file petition for writ of habeas corpus is also denied.

No. 252. FOXALL *v.* RAGEN, WARDEN. October 9, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied for the reason that application therefor was not made within the time provided by law. § 8 (a), Act of February 13, 1925 (43 Stat. 936, 940), 28 U. S. C., § 350. The motion for leave to file petition for writ of habeas corpus is also denied.